## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
                  VS.

CASE/CITATION NO. *2:15-mj-00010-KJN*

*Allen D. Gordon*

**ORDER TO PAY**

**FILED**

FEB 06 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____

| CITY | STATE | ZIP CODE |

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: *Paid In Full At Clerk's Office - 2/6/15*
                    DEFENDANT'S SIGNATURE

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(✓) Fine: $ *500.00* _____ and a penalty assessment of $ *10.00* _____ for a TOTAL
AMOUNT OF: $ *510.00* _____ within _____ days/months; or payments of $ _____ per
month, commencing _____ and due on the _____of each month until paid in
full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
      completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

| | | |
|---|---|---|
| **CENTRAL VIOLATIONS BUREAU** | **CLERK, USDC** | **CLERK, USDC** |
| **PO BOX 70939** | **2500 TULARE ST., RM. 1501** | **501 I STREET, STE. 4-200** |
| **CHARLOTTE, NC 28272-0939** | **FRESNO, CA 93721-1322** | **SACRAMENTO, CA 95814-2322** |

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: *2/6/15* _____       _____
                                                U.S. MAGISTRATE JUDGE

Clerk's Office